■ CAROL A. HOLLAND, Respondent, v JOSEPH HOLLAND, Appellant. [598 NYS2d 708] —Order, Supreme Court, Bronx County (Anita Florio, J.), entered April 22, 1992, which denied defendant's motion to modify an income execution, unanimously affirmed, without costs.

Defendant's application for a modification of the income

execution dated May 15, 1991 on the ground of mistake of fact was untimely (CPLR 5241 [e]). In any event, we would not address those issues raised by defendant for the first time on appeal. Concur—Sullivan, J. P., Carro, Wallach, Kupferman and Nardelli, JJ.